CITIES SERVICE OIL COMPANY, Appellant, *v.* SAVERIO SORANNO et al., Respondents.

Argued November 20, 1940; decided December 31, 1940.

*George H. Cohn, Sydney H. Gleich* and *William J. Dillon* for appellant.

*J. J. Kramer, J. O. Kramer, J. P. Imperato* and *Charles E. Healy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.